IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FRED L. WILLIAMS**  PETITIONER
ADC #093355

v.  5:19CV00215-BRW-JJV

**WENDY KELLEY, Director,**
Arkansas Department of Correction  RESPONDENT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 15) submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Respondent's Motion to Dismiss (Doc. No. 12) is GRANTED.

Mr. Williams's Petition for Writ of Habeas Corpus (Doc. No. 2) and the Addenda thereto (Doc. Nos. 3, 5, 8, 9) are DISMISSED WITHOUT PREJUDICE to his refiling after fully exhausting his remedies in state court.

The Motion to Amend Petition (Doc. No. 16) is DENIED as MOOT.

IT IS SO ORDERED this 17th day of September, 2019.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE