IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRED L. WILLIAMS                                                                                    PETITIONER
ADC #093355

v.                                      5:19CV00215-BRW-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                                   RESPONDENT

## JUDGMENT

Consistent with the Order entered today this case is DISMISSED without prejudice.

IT IS SO ORDERED this 17th day of September, 2019.


                                                        Billy Roy Wilson_____
                                                        UNITED STATES DISTRICT JUDGE